# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-3318

———————————————

WILSON PEREZ,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

November 28, 2018

PER CURIAM.

DISMISSED.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Wilson Perez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.